# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00070-CV

**St. David's Healthcare Partnership, L.L.P. d/b/a
St. David's Medical Center, Appellant**

**v.**

**Julio Torres, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN502728, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant St. David's Healthcare Partnership, L.L.P. d/b/a St. David's Medical Center has filed a motion to dismiss its interlocutory appeal. Appellant certifies that the motion to dismiss is unopposed because the parties have settled the underlying case. Therefore, we grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed on Appellant's Motion

Filed:   March 14, 2006